# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

PENELOPE THRASH,                    Case No.   3:12-cv-402

     Plaintiff,                    Judge Timothy S. Black

-vs-

COMMISSIONER OF
SOCIAL SECURITY,

     Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____


    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is found **SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **AFFIRMED**; and this case is **CLOSED** on the docket of this Court.


Date: March 26, 2014                    **JOHN P. HEHMAN, CLERK**

                                                        By: *s/ M. Rogers*
                                                        Deputy Clerk